IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALEX RACKLEY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2544

Opinion filed December 1, 2016.

An appeal from an order of the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Alex Rackley, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

      Although we find Appellant's motion under Rule 3.850 of the Florida Rules

of Criminal Procedure was timely filed, we reject Appellant's claims on the merits

and affirm. <u>See</u> <u>Robertson v. State</u>, 829 So. 2d 901, 906 (Fla. 2002) (noting that appellate court may affirm a trial court order that reaches the right result but for the wrong reason).

AFFIRMED.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.